UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH DENNIS CLEMENS,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-233

## ORDER DISMISSING MOTION AS MOOT

A review of the court records reflects that on September 4, 2009, the government filed a Motion in Limine (Dkt. #13) in this case. On November 24, 2009, the defendant went before United States Magistrate Judge Joseph G. Scoville and entered a guilty plea to Count One of the Indictment. On December 14, 2009, this Court adopted the Report and Recommendation of the magistrate judge, accepted the guilty plea, and adjudicated the defendant guilty of the charges set forth in Count 1 of the Indictment. Defendant's sentencing hearing is scheduled March 29, 2010. Accordingly,

**IT IS HEREBY ORDERED** that the Motion in Limine (Dkt. #13) is **DISMISSED as moot**.

Date: January 11, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge